CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Melissa Zavala**<br>DOB: 1984; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**26-04455MJ** |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 30, 2026, in the District of Arizona, **Melissa Zavala**, knowing and in reckless disregard of the fact that a certain illegal alien, including Ozler Miramontes-Lara, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 30, 2026, at approximately 2:00 p.m., in a District of Arizona (Bisbee), Border Patrol Agents (BPAs) were notified of three illegal aliens (IAs) crossing the International Border Boundary (IBB). BPAs responded and apprehended two of the individuals, leaving one outstanding. BPAs were in the field actively searching for the subject but were unsuccessful in locating them. At approximately 4:15 p.m., the Brian A. Terry Border Patrol Station's Tactical Operations Center (TOC) informed BPAs of a white Toyota Camry traveling north on Wilson Road, that was suspected of picking up an IA in the area. BPAs were advised that the white Camry turned onto State Route (SR) 92 and headed eastbound towards their location. As the vehicle approached BPAs, they observed the vehicle slow down and pull off to the shoulder. Once it drove by BPAs, the white Camry got back onto the road and continued eastbound. BPAs followed the vehicle, and they noticed that the driver, later identified as **Melissa Zavala**, seemed to be distracted by their presence, driving erratically by swerving and hitting the brakes several times. BPAs initiated a vehicle stop to conduct an immigration inspection on the occupants. As BPAs approached the driver side of the vehicle, the backseat passenger exited the vehicle and ran away into the brush. BPAs were able to apprehend the subject who fled, and he was identified as Ozler Miramontes-Lara. Miramontes admitted to being a citizen and national of Mexico. Record checks revealed Miramontes does not possess the proper documentation to enter, pass through, or remain in the United States legally.

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Ozler Miramontes-Lara | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
| | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Maria S. Aguilera* | DATE<br>March 31, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**                                                26-04455MJ

Material witness Ozler Miramontes-Lara stated he is a citizen and national of Mexico. His friend made arrangements in Mexico for him to be smuggled into the United States, and he owed $10,000 USD. He crossed, by himself, into the United States on March 30, 2026, at approximately 5:00 a.m. He was being guided via cell phone. He arrived at some trailers where he was told to hide inside until someone came to pick him up. He later received a call that a white 4-door sedan was there for him. He was the only person who entered the vehicle. He sat in the back seat where he was instructed to lay down and hide. He and the driver were on the phone with different people. He did not know who the driver was talking to, but the person he was on the phone with told him to get out of the vehicle and run because they were going to get caught. He described the driver as a heavier set female with a hood on.

After waving her *Mirand* rights, principal **Melissa Zavala** was asked if she understood why she had been arrested and taken into custody. She said she understood and claimed that she did not know the male subject who had entered her vehicle. She told agents that when he entered her car, she yelled at him to get out. She traveled to Bisbee that day because "she liked to drive, and the scenery was nice." The vehicle she was driving belongs to her but was co-signed by her mother. She was questioned why an IA was located in her car, and she said she was driving in Naco, Arizona, when an unknown subject entered her car. She demanded the subject exit her car, in Spanish, multiple times but the subject refused to do so. As she traveled out of the area, she continued to tell the subject to exit her car. She overheard an unknown subject tell the subject in her car to duck down and hide from view. She was asked to sign the Consent to Search Electronic Device form which she agreed to. In her presence, she was asked about the several names and phone numbers found in her phone. She was questioned about text messages and phone calls between her and contact saved as "Bisbee" in her contacts. ZAVALA claimed that she did not know who that was. The contact "Bisbee", phone number was a Mexican phone number, that was discovered on her locked screen with a message stating, "make sure you pull in completely to the trailer". She stated she did not know who that was. After unlocking her phone, she was shown the phone call log in her phone that showed a phone call between her and "Bisbee" that lasted approximately fourteen minutes. She was asked to explain what had been discussed between her and "Bisbee", and she said that the conversation had been "BS". ZAVALA stated that she had never met "Bisbee" in person but that he was Hispanic. This was the first time she had communicated with "Bisbee". She claimed that a friend, who had recently passed away had used her phone and car, and that it was him who had saved the contact "Bisbee" in her phone. Her friend had worked for "Bisbee" and he had borrowed her phone and car to accomplish whatever job "Bisbee" offered him. She was shown two texts messages from "Bisbee" that read "I'm going to call you right now when you're almost there so make sure you answer" and "make sure you pull in completely to the trailer". "Bisbee" had shared the address 2107 W Hogan St with her. Her response to the messages shown to her was that she had changed her mind about pulling into the trailer because she had observed four BPAs nearby. She told "Bisbee", "I am not going to do this dude". It was during the phone call between her and "Bisbee" that Miramontes entered her car. She demanded the subject to "salte del carro", which means exit the car.